IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE M. WILSON, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>RICE ENERGY, INC., ROBERT F. VAGT, DANIEL J. RICE, IV, TOBY Z. RICE, DANIEL J. RICE, III, KATHRYN J. JACKSON, JAMES W. CHRISTMAS, JOHN MCCARTNEY, EQT CORPORATION, and EAGLE MERGER SUB I, INC.,<br><br>                    Defendants. | Case No. 2:17-cv-01054-NBF |

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned matter, with prejudice to himself and without prejudice as to all others similarly situated. The Court shall retain continuing jurisdiction over the parties in the Action solely for purposes of any potential further proceedings related to the adjudication of any claim by Plaintiff in the Action for attorneys' fees and/or expenses.

Dated: November 16, 2017

Respectfully submitted,

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**

By: /s/ Alfred G. Yates, Jr.

Alfred G. Yates, Jr. (PA17419)
Gerald L. Rutledge (PA62027)
300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: (412) 391-5164
yateslaw@aol.com

*Counsel for Plaintiff Dale M. Wilson*

**OF COUNSEL:**

**BROWER PIVEN**
A Professional Corporation
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
kuznicki@browerpiven.com

AND NOW, this 17th day of November, 2017,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE